IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 00-30292
Summary Calendar
_____

WANDA SUE WEBB,

Plaintiff-Appellant,

versus

KENNETH S. APFEL, COMMISSIONER OF SOCIAL SECURITY,

Defendant-Appellee.

- - - - - - - - - -
Appeal from the United States District Court
for the Middle District of Louisiana
USDC No. 98-CV-652-B
- - - - - - - - - -
November 2, 2000

Before JOLLY, SMITH, and DUHÉ, Circuit Judges.

PER CURIAM:[1]

Wanda Sue Webb appeals the magistrate judge's summary judgment affirming the Commissioner's decision denying disability benefits under 42 U.S.C. § 405(g). Her arguments that (1) the ALJ failed to properly consider the totality of the vocational expert's testimony, and (2) the ALJ overlooked assessments and opinions contained in the medical reports that established that her mental impairments prevent Webb from performing substantial gainful activity are ancillary to the issue whether there is substantial

_____

[1] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

evidence to support the Commissioner's determination that Webb's mental impairments did not render her disabled.

The Commissioner's decision is supported by substantial evidence in light of the vocational expert's testimony and Webb's medical history. See Newton v. Apfel, 209 F.3d 448, 452 (5th Cir. 2000). Accordingly, Webb has failed to carry her burden of proving that she is not capable of performing the jobs summarized in the ALJ's decision and thus that she is not disabled. See Selders v. Sullivan, 914 F.2d 614, 618 (5th Cir. 1990). The judgment of the magistrate judge is

AFFIRMED.